## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## VICTORIA DIVISION

| | | |
|---|---|---|
| CINDY SHILLER, *et. al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § § | CIVIL ACTION NO. V-04-46 |
| VICTORIA MACHINE WORKS, WORKS, INC., *et. al.*, | § § § § § | |
| Defendants. | § | |

## ORDER

Pending before the Court is the plaintiff's motion to extend time to respond to various motions (Dkt. # 96). The motion is GRANTED as follows: the plaintiff may respond to defendants' motions for summary judgment (Dkt. # 91 and 93), Victoria Machine Works, Inc.'s motion to dismiss (Dkt. # 90), and defendants' joint motion to dismiss as a discovery sanction (Dkt. # 92) on August 28, 2006.

It is so ORDERED.

Signed this _25th_ day of _August_, 2006.

_____
JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE